**SECOND DIVISION**
**MILLER P. J.,**
**RICKMAN and PIPKIN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received*** **in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**August 15, 2024**

# In the Court of Appeals of Georgia

A22A0379. COLLINGTON v. CLAYTON COUNTY et al.

RICKMAN, Judge.

In *Collington v. Clayton County*, 318 Ga. 29 (897 SE2d 361) (2024), the Supreme Court of Georgia affirmed in part and reversed in part the judgment of this Court in Division 1 of our decision in *Collington v. Clayton County*, 364 Ga. App. XXV (June 2, 2022) (unpublished). The Supreme Court did not address Division 2 of our decision in which we vacated the trial court's order with regard to Mary Collington's claims against Clayton County and remanded the case for the trial court to make a definitive ruling on whether Clayton County is a proper defendant.

Because the Supreme Court only addressed one of the divisions in our opinion, we are required to (1) read the Supreme Court's opinion within the context of the opinion being reversed; (2) to determine whether any portions of the opinion being reversed were neither addressed nor

considered by the Supreme Court; and (3) enter an appropriate disposition with regard to those portions that are consistent with the issues addressed and considered by the Supreme Court.

(Citation and punctuation omitted.) *Johnson v. Leibel*, 319 Ga. App. 830, 830 (738 SE2d 685) (2013).

After so doing, we find that Division 2 was not affected by the Supreme Court's decision. Division 1, however, was affirmed in part and reversed in part by the Supreme Court. As a result, Division 1 of our opinion is vacated, and the judgment of the Supreme Court is hereby made the judgment of this Court for Division 1. The case is remanded to the trial court for further proceedings consistent with the opinion of the Supreme Court as well as Division 2 of the opinion of this Court.

*Judgment affirmed in part, reversed in part, vacated in part, and case remanded with direction. Miller, P. J., and Pipkin, J., concur.*